IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TERRANCE ANDERSON                                                                                       PLAINTIFF

vs.                                                          CIVIL ACTION NO. 3:21-cv-00295-HTW-LGI

LIBERTY MUTUAL FIRE INSURANCE COMPANY                                      DEFENDANT

### AGREED JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this matter and jointly request a dismissal of this action with prejudice. The Court, being fully advised, is in agreement therewith.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED this, the 24th day of October, 2022.

/s/HENRY T. WINGATE
U.S. DISTRICT JUDGE

**AGREED TO BY:**

/s/ Michael A. Heilman
HEILMAN LAW GROUP, P.A.
Meadowbrook Office Park
4266 Interstate 55 North, Suite 106
Jackson, MS 39211
Telephone: (601) 914-1025
Facsimile: (601) 944-2915
mheilman@heilmanlawgroup.com

Jonathan B. Fairbank, Esq.
ATTORNEY AT LAW
Post Office Box 13276
Jackson, MS 39236
Telephone: (601) 956-8999
jonfairbanklaw@gmail.com

ATTORNEYS FOR PLAINTIFF

/s/ Gregg A. Caraway
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, MS 39205-0131
Telephone: (601) 605-6900
Facsimile: )601) 605-6900
gcaraway@wellsmar.com

ATTORNEY FOR DEFENDANT